UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PATRICK HEALY,                              )
                                            )
            Plaintiff,                      )
      v.                                    )          CIVIL ACTION
                                            )          NO. 24-10699-PBS
AGA SERVICE COMPANY, ET AL.,                )
                                            )
            Defendants.                     )

## SETTLEMENT ORDER OF DISMISSAL

SARIS, D.J.

      The Court having been advised, on May 21, 2024, that the above-entitled action has

been settled:

      It is hereby ORDERED that this action is hereby DISMISSED without prejudice to the right

of any party, upon good cause shown to re-open the action within thirty (30) days if settlement

is not consummated.

                                    By the Court:

                                    Robert Farrell, Clerk


                                    / s / Clarilde Karasek_____
                                    Deputy Clerk

DATED:  May 23, 2024